ASYLUM OF ST. VINCENT DE PAUL, Appellant, *v.* EDWARD J. McGUIRE, Individually and as Trustee in Bankruptcy of the Estate of LOUIS H. AMY and Another, Individually, and as Copartners, Doing Business as H. AMY & Co., Bankrupts, Respondent, Appellant, Impleaded with CHASE NATIONAL BANK and Others, Respondents.

Motion by plaintiff to resettle an order of this court, dated the 4th day of April, 1924, and entered herein on the 2d day of June, 1924. [See 208 App. Div. 656.]

PER CURIAM: The judgment in this case provides for the payment of all interest received by the Chase National Bank, and all accumulations accruing from said securities. The language of the judgment is as follows: " That the defendants, Edward J. McGuire and Chase National Bank, deliver to the said Referee all items of cash in the hands of said defendants and all interest and dividends collected by the said defendants and any and all accumulations accruing from the said securities; * * *." The motion, in so far as it requests a resettlement of the order and the judgment by inserting a direction that the Chase National Bank pay interest, is denied. The distribution of the assets of the estate should not be indefinitely postponed, and for that reason the motion to resettle is granted, without costs by providing for the distribution of the fund upon the failure of George Marcuard de Gonzenbach to deliver to the referee certain bonds or the proceeds thereof. Present — Clarke, P. J., Dowling, Finch, McAvoy and

Martin, JJ. Motion to resettle granted to the extent of providing for the distribution of the fund upon failure of de Gonzenbach to deliver to the referee certain bonds or the proceeds thereof; motion to resettle by allowing interest denied. Settle order on notice.